UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:
SHAUKATALI FIDAHUSSEIN KHAKI

Debtor,

Case No.: 6:11-bk-16564-CCJ
Chapter 13

SHAUKATALI FIDAHUSSEIN KHAKI,

Plaintiff,

AP No.: 6:17-ap-___________

v.

NAVIENT CORP., a Delaware corp.,

Defendant.
________________________________/

**COMPLAINT FOR DETERMINIATION OF DISCHARGEABILITY OF EDUCATIONAL LOANS**

**COMES NOW** the Debtor, Shaukatali Fidahussein Khaki, through counsel, and pursuant to 11 USC §523 (a)(8) and Rule 7001, *et seq.*, Bankruptcy Rules, and prays for a determination of dischargeability of educational loan debts as follows:

1. Debtor filed his Chapter 13 Petition on October 11, 2011 (DOC #1).
2. This is a core proceeding pursuant to 11 USC §157 (j).
3. Debtor has heretofore incurred indebtedness for educational loans with Citibank Student Loans and SLC Trust c/o Sallie Mae Inc., all of which are now believed to be serviced by Navient Corporation under the following loan number (last 4 digits) 580-1.
4. Debtor owes an unpaid principal balance of $120,665.31, together with unpaid interest.

5. Debtor is self-employed, with a net yearly income of $12,149 in 2016, and has no reason to anticipate a substantial increase.

6. Debtor's spouse is totally disabled, having pain in her extremities and other debilitating medical conditions.

7. Debtor would show that the student loan obligation should be discharged because it will continue to create an undue hardship on the Debtor.

**WHEREFORE**, the Debtor requests that this Court find and determine that the referenced educational loan debt is dischargeable as imposing an undue hardship upon the Debtor.

Respectfully submitted,

*S/ A. Clifton Black*

A. Clifton Black, Esq.
Fla. Bar No. 145837
126 East Jefferson Street
Orlando, FL 32801
Tel.: 407.932.1115
Fax: 407.839.6183
Attorney for Debtor